REED SMITH
599 Lexington Avenue
29th Floor
New York, NY 10022
Telephone:(212) 521-4500
Facsimile: (212) 521-5450
Attorneys for Plaintiff
Amiga, Inc., f/k/a KMOS, Inc.

JUDGE BATTS



05 CV 8986

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED OCT 21 2005 U.S.D.C. S.D.N.Y. CASHIERS

| | |
|---|---|
| AMIGA, INC., f/k/a KMOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARRY HARE,<br><br>Defendant, | CIVIL ACTION NO.<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, Amiga, Inc., f/k/a KMOS, Inc. ("Amiga") certifies that there are no parent corporations or any publicly-held corporation that owns ten percent (10%) or more of its stock.

REED SMITH LLP
Attorneys for Plaintiff
AMIGA, INC., f/k/a KMOS, Inc.

By: _____
STEPHEN D. BIRD (SB/7294)
For the Firm

DATED: 10·21·05

NWKLIB-89289.1