AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

AMIGA, INC., f/k/a KMOS, INC.,

  Plaintiff,

V.

GARRY HARE,

  Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-cv-_____(___)

**05 CV 8986**

**JUDGE BATTS**

TO: (Name and address of defendant)

Mr. Garry Hare
225 Foster Avenue
Kentfield, CA 94904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Bernstein, Esq.
Reed Smith LLP
The Legal Center
One Riverfront Plaza, 1st Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*(signature)* Marcos Quintero

(BY) DEPUTY CLERK

OCT 21 2005

DATE