| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| REED SMITH LLP<br>STEPHEN D. BIRD, SB 7294<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | | |
| ATTORNEY FOR (Name):   PLAINTIFF | Ref. No. or File No.<br>50339/2001 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of New York
500 Pearl Street
New York, NY 100071312

PLAINTIFF:

AMIGA, INC., f/k/a KMOS, INC.

DEFENDANT:

GARRY HARE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>05 CV 8986 |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY JUDGMENT; EXHIBIT "A" CONTINGENT AGREEMENT; INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS INFORMATION PACKAGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ INFORMATION PACKAGE; CRITICAL INSTRUCTIONS TO ATTORNEYS; PROCEDURES FOR ELECTRONIC CASE FILING

ON: GARRY HARE

AT 225 FOSTER AVENUE
   KENTFIELD, CA 94904

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
GARRY HARE

ON: 10/24/2005
AT: 07:40 pm

**Manner of service** in compliance with California Code of Civil Procedure.

Fee for Service: $
  Registered California process server.
  County: MARIN
  Registration No.: 186
  FIRST LEGAL SUPPORT
  1138 HOWARD STREET
  SAN FRANCISCO, CA 94103
  (415) 626-3111

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
**November 4, 2005** at **Los Angeles,** California.

Signature: _____
           JAMES RUIZ

PROOF OF SERVICE

Order#: 6251271/GProof39