LAW OFFICES
FLAXMAN & BLAKELY
(AN ASSOCIATION AND NOT A PARTNERSHIP)
SHELTERPOINT BUSINESS CENTER
591 REDWOOD HIGHWAY, SUITE 2275
MILL VALLEY, CALIFORNIA 94941

PETER FLAXMAN
BRUCE W. BLAKELY

TELEPHONE
(415) 381-6650

FACSIMILE
(415) 381-4301

October 3, 2005

VIA FACSIMILE (202)887-0689
Alejandro Badillo
Dickstein, Shapiro, Morin & Oshinsky, LLP
2102 "L" Street, N.W.
Washington, D.C. 20037

Re: Garry Hare v. Amiga, Inc. and Pentti Kouri

Dear Mr. Badillo:

Garry Hare has engaged this office to initiate litigation against Amiga, Inc. and Pentti Kouri. Please be advised that Mr. Hare's claim is for $977,102.46, computed as follows:

1. Four months of back-due wages: $105,000.00.[1]

2. Back due vacation pay: $14,934.10.

3. 30 day waiting time penalty pursuant to California Labor Code § 203: $26,250.00.

4. Reimbursement of expenses incurred for Amiga business: $ 61,987.86.

5. Two years, plus two months severance pay and health coverage owing pursuant to the employment agreement, Paragraph 6(c): $768,930.50.[2]

Total: $977,102.46.

In the interest of resolving this matter expeditiously without litigation, Mr. Hare has authorized me to settle this claim for $879,000.00, payable within 15 days.

In the event that we do not receive full payment of this amount within 15 days, we intend to immediately initiate litigation. I am in the process of preparing a complaint to be filed on October 19, 2005. Pursuant to the terms of the employment agreement, in this action Mr. Hare will be entitled to recover all amounts owing to him, plus all reasonable

---

[1] Salary of $26,250. per month, for four months.

[2] Two months at $26,250., plus $1,477. per month; one year at $330,750., plus $17,724. annually; and one year at $347,278.50 plus $17,724. annually.

LAW OFFICES
Frayman & Blakely
Re: Alejandro Badillo
October 3, 2005
Page 2

attorneys' fees incurred. Due to the intentional, malicious and oppressive nature of the Defendants' conduct in failing to pay the salary owing, we anticipate recovering punitive damages in addition to the compensatory damages described above.

We look forward to your immediate response.

Yours truly,

Bruce W. Blakely

BWB/abk

cc: Garry Hare