**PROOF OF SERVICE BY CERTIFIED MAIL**
[CCP § 1013a(3)]

I, Alison B. King, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Shelterpoint Business Center, 591 Redwood Highway, Suite 2275, Mill Valley, California, which is in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 19, 2005 at my place of business at Shelterpoint Business Center, 591 Redwood Highway, Suite 2275, Mill Valley, California, a copy of the following document(s): **Demand for Arbitration – Hare vs. Amiga, Inc., et. al.** was placed for deposit in the United States Postal Service, in a sealed envelope, certified mail, return receipt requested, with postage fully prepaid, addressed to:

Amiga, Inc.
167 Madison Avenue, Suite 301
New York, N.Y. 10016

Pentti Kouri
167 Madison Avenue, Suite 301
New York, N.Y. 10016

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 19, 2005 at Mill Valley, California.

Alison B. King

## PROOF OF SERVICE VIA FEDERAL EXPRESS
### [CCP § 1013a(3)]

I, Alison B. King, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Shelterpoint Business Center, 591 Redwood Highway, Suite 2275, Mill Valley, California, which is in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with Federal Express for overnight delivery. Correspondence so collected and processed is deposited with Federal Express for overnight delivery that same day in the ordinary course of business.

On October 19, 2005 at my place of business at Shelterpoint Business Center, 591 Redwood Highway, Suite 2275, Mill Valley, California, a copy of the following document(s):

DEMAND FOR ARBITRATION – HARE v. AMIGA, INC., et. al.

was placed for deposit with Federal Express, in a sealed envelope, with postage fully prepaid, addressed to:

Amiga, Inc.
167 Madison Avenue, Suite 301
New York, N.Y. 10016

Pentti Kouri
167 Madison Avenue, Suite 301
New York, N.Y. 10016

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 19, 2005, in Mill Valley, California.

Alison B. King