Page 2 of 3

Westlaw.

52373368919

Page 1

52373368919

### CORPORATE RECORDS & BUSINESS REGISTRATIONS

Database Last Updated:   11-09-2005
Update Frequency:        WEEKLY
Current Date:            11/09/2005
Source:                  AS REPORTED BY THE SECRETARY OF STATE OR OTHER
                         OFFICIAL SOURCE

THE FOLLOWING DATA IS NOT AN OFFICIAL RECORD OF THE DEPARTMENT OF STATE OR THE
STATE OF NEW YORK AND DUN & BRADSTREET IS NOT AN EMPLOYEE OR AGENT THEREOF. ALL
WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE INFORMATION PROVIDED HEREIN, ARE
DISCLAIMED BY THE DEPARTMENT OF STATE.

### COMPANY INFORMATION

Name:       KMOS, INC.
Address:    17 DEER TRACK LANE
            GOLDENS BRIDGE, NY 10526

### FILING INFORMATION

Identification Number:   2964282
Filing Date:             10/10/2003
State of Incorporation:  DELAWARE
Date Incorporated:       10/07/2003
Duration:                PERPETUAL
Status:                  ACTIVE
Corporation Type:        PROFIT
Business Type:           CORPORATION
Address Type:            MAILING

Where Filed:             SECRETARY OF STATE/CORPORATION DIVISION
                         162 WASHINGTON AVE
                         ALBANY, NY 12231

### REGISTERED AGENT INFORMATION

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

https://print.westlaw.com/delivery.html?dest=atp&format=HTMLE&dataid=A005580000001769000415...   11/9/2005

Page 3 of 3

```
52373368919                                                          Page 2

Name:                    JONATHAN WARNER
Address:                 WARNER & SCHEURMAN; 6 WEST 18TH ST. 10TH FLR.
                         NEW YORK, NY 10011

              Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
            to order copies of documents related to this or other matters.
                              Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT
```

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.