DECLARATION OF SERVICE

      Edward C. Kramer, an attorney duly admitted to practice under the laws of the State of New York, hereby affirms the truth of the following under the penalty of perjury:

      On November 13, 2005, I served the within Notice o Motion

```
nxx   Service By    by depositing a true copy thereof enclosed in a
axx   Mail          post-paid wrapper, in an official depository
                    under the exclusive care and custody of the U.S.
```
Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:
```
      Service By    by transmitting the papers by electronic means
      Electronic    to the telephone number listed below, which
      Means         number was designated by the attorney for such
                    purpose.  I received a signal from the equipment of
```
the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:
```
:::   Service By    by depositing a true copy thereof, enclosed in
nnn   Delivery      a wrapper addressed as shown below, into the
      Service       custody of                      for overnight
                    delivery, prior to the latest time designated by
```
that service for overnight delivery:

Reed Smith LLP
599 Lexington avenue
New York, New York  10022

Attn: Stephen D. Burd, Esq.

Dated: New York, New York
       November 13, 2005

                                                                          _____
                                                                          Edward C. Kramer