DECLARATION OF SERVICE

      Edward C. Kramer, an attorney duly admitted to practice under the laws of the State of New York, hereby affirms the truth of the following under the penalty of perjury:

      On November 13, 2005, I served the within Memorandum of Law

| | | |
|---|---|---|
| wxx | Service By | by depositing a true copy thereof enclosed in a |
| axx | Mail | post-paid wrapper, in an official depository |

under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| | | |
|---|---|---|
| | Service By | by transmitting the papers by electronic means |
| | Electronic | to the telephone number listed below, which |
| | Means | number was designated by the attorney for such |
| | | purpose. I received a signal from the equipment of |

the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:

| | | |
|---|---|---|
| ::: | Service By | by depositing a true copy thereof, enclosed in |
| nnn | Delivery | a wrapper addressed as shown below, into the |
| | Service | custody of                         for overnight |
| | | delivery, prior to the latest time designated by |

that service for overnight delivery:

Reed Smith LLP
599 Lexington avenue
New York, New York 10022

Attn: Stephen D. Burd, Esq.

Dated: New York, New York
      November 13, 2005

                                                    _____
                                                    Edward C. Kramer