---

REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
(212) 521-5400
(212) 521-5450 (FAX)
Attorneys for Plaintiff
Amiga, Inc., f/k/a KMOS, Inc.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIGA, INC., f/k/a KMOS, INC., <br><br> Plaintiff, <br> vs. <br><br> GARRY HARE, <br><br> Defendant. | Civil Action No. 05-CV-8986 (DAB) <br><br><br><br> ORDER FOR ADMISSION PRO HAC VICE |

This matter having been opened to the Court by Reed Smith LLP, attorneys for plaintiff, Amiga, Inc., f/k/a KMOS, Inc. ("Amiga"), on a motion to admit Robert H. Bernstein, pro hac vice in the above-captioned matter, pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, and the Court having considered the Affidavit of Christian R. White and Petition of Robert H. Bernstein in support of the motion, and any papers submitted in opposition thereto and for good cause shown,

IT IS on this 21st day of November 2005;

ORDERED that Robert H. Bernstein is hereby admitted pro hac vice in the above-captioned matter; and it is further

NWKLIB-89503.1

ORDERED that a copy of the Order shall be served on all parties within 10 days of its entry.

SO ORDERED:

*Deborah A. Batts*
HON. DEBORAH A. BATTS, U.S.D.J.