UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

AMIGA, INC., f/k/a KMOS, INC.,

                Plaintiff,

    -against-

GARRY HARE,

                Defendant.

------------------------------------------------------- x

Civil Action No. 05-CV-8986 (DAB)

**CONSENT ORDER SETTING BRIEFING SCHEDULE**

THIS MATTER having been opened to the Court by the attorneys for plaintiff, Amiga, Inc., formerly known as KMOS, Inc., and the attorneys for defendant, Garry Hare, the Court being fully advised and counsel having conferred and agreed to the entry of the within Consent Order, and good cause having been shown;

IT IS on this 29th day of November, 2005;

ORDERED that the date by which plaintiff, Amiga, Inc., formerly known as KMOS, Inc., may file and serve its response to defendant's motion to dismiss the Complaint be and hereby is extended to and including December 29, 2005; and it is further

ORDERED that the date by which defendant, Garry Hare, may file and serve his reply brief in further support of his motion to dismiss the Complaint be and hereby is extended to and including January 31, 2006.

SO ORDERED:

_____
HON. DEBORAH A. BATTS, U.S.D.J.

Amiga, Inc. v. Hare — Doc. 8 — Dockets.Justia.com

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

Dated:  New York, New York
        November 28, 2005

| | |
|---|---|
| LAW OFFICES OF EDWARD C. KRAMER, P.C | REED SMITH LLP |
| By:  /s/ Edward C. Kramer<br>    EDWARD C. KRAMER (EK8411)<br>    A Member of the Firm | By:  /s/ Robert H. Bernstein*<br>    ROBERT H. BERNSTEIN (RB1835)<br>    A Member of the Firm |
| 488 Madison Avenue, Suite 1100<br>New York, NY 10022<br>Telephone:  (212) 490-1616<br>Facsimile:  (212) 490-2888<br>*Attorneys for Defendant Garry Hare* | 599 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 521-5400<br>Facsimile:  (212) 521-5450<br>*Attorneys for Plaintiff Amiga, Inc.*<br><br>(**admitted pro hac vice*) |

2