REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Attorneys for Plaintiff
Amiga, Inc., f/k/a KMOS, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIGA, INC., f/k/a KMOS, INC., <br><br> Plaintiff, <br><br> *vs*. <br><br> GARRY HARE, <br><br> Defendant. | Civil Action No. 05-CV-8986 (DAB) <br><br> **NOTICE OF CROSS-MOTION AND CROSS-MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY ARBITRATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that based on this Notice of Cross-Motion and Cross-Motion,

Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and Compel

Arbitration and in Support of Plaintiff's Cross-Motion to Dismiss or, Alternatively, Stay

Arbitration, and the Declaration of Pentti Kouri submitted herewith in support thereof, as well as

on the pleadings, the records, and files in this action and such further oral and documentary

evidence as may be presented, Plaintiff, by its undersigned counsel, hereby moves this Court,

pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. §4, et seq. (the "FAA"), the

Declaratory Judgment Act, 28 U.S.C. §§ 2201 et seq., and the Court's inherent equitable powers,

before the Honorable Deborah A. Batts of the United Stated District Court for the Southern

District of New York, to (i) declare the October 6, 2003 contingent agreement between Plaintiff

and Defendant (a copy of which is attached as Exhibit A to the Complaint) void and (ii) dismiss

JAMS arbitration Case No. 1100046108 ("the arbitration proceeding").  Alternatively, Plaintiff

seeks and Order staying the arbitration proceeding pending resolution of the instant lawsuit.

(See Proposed Order attached hereto.)


                                    Respectfully submitted,

                                    REED SMITH, LLP



 Dated:  December 19, 2005          By:    _/s/ Robert H. Bernstein_____
                                           Robert H. Bernstein*
                                           Stephen D. Bird (SB 7294)
                                           599 Lexington Avenue, 29th Floor
                                           New York, New York 10022
                                           Telephone:  (212) 521-5400
                                           Facsimile:   (212) 521-5450
                                           Attorneys for Plaintiff
                                           Amiga, Inc., f/k/a KMOS, Inc.

                                            * admitted *pro hac vice*