

## Subscription Agreement

This share subscription agreement dated on __May 10 2004__ is by and among KMOS Inc., a Delaware registered company with an address at 102 Prince Street, New York, NY 10012, Tel. 212.431.1624, and __TAPUL S.A.__ with an address at __25 Peak Seah Street, #08-01 Nehsons Building, Singapore 079314__ and Tel. __02-62205449__.

WHEREAS KMOS Inc. is a newly formed and duly constituted Delaware registered software company of good standing.

WHEREAS KMOS Inc. owns the Object Code, the Source Code, and all intellectual property of the Operating System known as OS4, as well as the predecessors of the same, including but not limited to the "classic" Amiga OS, OS3.1, OS3.5 and OS3.9.

WHEREAS KMOS Inc. plans to generate revenue by licensing OS4 to manufacturers and vendors of Smart cell phones, PDA's, gaming devices, set top boxes and other devices that require an operating system.

WHEREAS KMOS Inc. has reason to believe that OS4 has many attributes that give it a competitive edge to competitive operating systems, such as Windows or Linux based solutions, or Symbian.

WHEREAS KMOS Inc. plans to market the OS4 in partnership with manufacturers of processors, in particular IBM with its Power PC processor.

WHEREAS KMOS Inc. plans to hire additional management, marketing and software engineering resources as required to get OS4 into the market.

WHEREAS KMOS Inc. is in discussions with the management of Amiga Inc. to acquire by means of cash and/or shares of KMOS Inc. such assets of Amiga Inc. that fit into the business strategy of KMOS Inc. including but not limited to the brand name Amiga, the content engine known as AACE, and rights to content developed by the Amiga development community.

WHEREAS KMOS Inc. requires funding to implement the marketing strategy of OS4 in order to hire required management, marketing and software engineering resources.

WHEREAS KMOS Inc. requires funding to effect the acquisition of assets from Amiga Inc. and the funding of the expanded business opportunities enabled by the acquired assets.



**WHEREAS KMOS Inc.** currently has 8,000,000 common shares issued and outstanding, and 17,000,000 shares authorized but not issued.

**WHEREAS KMOS Inc.** plans to issue 421,052 common shares representing 5 percent of the total of 8,421,052 shares to accredited investor(s) at the price of 2.375 dollars per share.

**WHEREAS KMOS Inc.** has no preferred or any other shares, other than the common shares, issued or authorized.

**WHEREAS KMOS Inc.** has no liabilities, nor is subject to any liens or encumbrances, nor party to any litigation.

**WHEREAS THE SUBSCRIBER** is an accredited investor who has conducted all necessary due diligence regarding, amongst others, the business potential of OS4, and the further potential of assets to be acquired from Amiga Inc., and who is also aware of the inherent risks in all technology based businesses, and understands, and is able to bear, the possibility of total loss of investment.

**WHEREAS THE SUBSCRIBER** acknowledges that the shares have not been registered under the Securities Act of 1933 or any state securities laws, and may not be resold or transferred without appropriate registration or the availability of an exemption from such requirements.

**NOW THEREFORE,** the subscriber agrees to purchase 421,052 common shares of KMOS Inc. at 2.375 dollars per share for a total of $1,000,000 (one million dollars).

PAYMENT:

One million dollars will be paid immediately upon signing of this agreement by means of wire transfer to:

KMOS Inc.

a/c # 821501274965

JP Morgan Chase
45 Prospect St.
Stamford CT

ABA # 021000021

IN ADDITION

1. One or more counterparts of this Agreement may be signed by the parties, each of which shall be an original but all of which together shall constitute one and the same instrument.
2. This is the complete agreement between the parties. No modification or waver of any of the provisions hereof shall be effective unless in writing and signed by both parties.
3. This Agreement shall be construed and enforced under the laws of the State of New York, and the parties consent to the jurisdiction of the Courts of New York, in the County of New York, for an action to enforce any right or obligation hereunder.

In witness of which agreement, each of the parties hereto is executing this instrument as of the date first set forth above.

**AGREED TO**

*For the Company*

/s/ Pentti Kouri
Pentti Kouri
Chairman
KMOS Inc.

*For the Subscriber*

/s/ u Pat
for and on behalf of
TAPUL S.A.