Charles Schwab Customer Center        EX. C                           01/27/2006 10:32 A

## charles SCHWAB

Schwab Independent Investing | Signature™

Customer Service | Open an Account | Log Out

Search | Search Tips

At a Glance | Account | Trade | Quotes & Research | Planning & Advice | What We Offer | Banking

Balances | Positions | Performance | **History** | Transfers & Payments | Specialty Accounts | eDocuments

Your Financial Consultant

### Account History

Show: All

Only show me this symbol: _____
Leave blank to view all symbols

Select Account: 8975-5638

For: All

Page Help

From: 05 / 01 / 2004  to: 06 / 01 / 2004   (Go)

**Related Links**
Balances
Positions
Order Status
Alerts
Tired of clutter? GO PAPERLESS!

All Transactions From 05/01/2004 To 06/01/2004
To sort, click on column title

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fees & Comm |
|---|---|---|---|---|---|---|---|
| 05/17/2004 | | | | WIRED FUNDS RECEIVED<br>type: WIRED FUNDS IN | | $225000.00 | |