Ex. D

**HA6**

KMOS INC.

**Earnings Statement**

ADP EasyPay

Pay Period: 8/01/2004 to 8/31/2004
Pay Date: 9/01/2004
Check #: 10007

Employee Number: 0003
Department Number:
Social Security Number: 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
Marital Status: MARRIED
Number Of Allowances: 03
Rate:

GARRY P HARE
225 FOSTER AVE
KENTFIELD, CA 94904

| Hours and Earnings | | | |
|---|---|---|---|
| Description | Hours | This Period | Year-To-Date |
| SALARY | | 25000.00 | 25000.00 |

| Taxes and Deductions | | |
|---|---|---|
| Description | This Period | Year-To-Date |
| FICA | 1912.50 | 1912.50 |
| FED WT | 6226.83 | 6226.83 |
| NY DIS | 2.60 | 2.60 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $25,000.00 | $25,000.00 | $8,141.93 | $16,858.07 |

Exhibit C