

EX. F

# MINUTES OF CORPORATION OF
## KMOS, Incorporated

The Board of Directors of KMOS, Inc. acting at a meeting via telephone on December 10, 2004 pursuant to the Delaware Corporations Code and the corporation's Bylaws, adopts the following resolutions:

1. The following officers are elected to serve the corporation until February 15, 2006, or until their resignation or disqualification:

    Chairman: Pentti Kouri
    President and CEO: Garry Hare
    Secretary: John Gryzmala

2. The following actions, taken by or on behalf of the corporation since its last ratification of corporate action, are hereby ratified:

    a. Resolved, that the Board of Directors of KMOS, Incorporated due hereby adopt and approve the establishment of an Employee Options Program and authorize 8,000,000 shares of Common Stock at an initial exercise price of $.30 per share.

    b. Resolved, that the Board of Directors of KMOS, Inc. hereby adopt and approve changing the Corporate name from KMOS, Inc. to Amiga, Inc.

    c. Resolved, that the Board of Directors of KMOS, Inc. hereby adopt and approve the purchase of 400,000 shares of Common Stock at a price of $.60 per share from Amino Development Corporation. Amino Development Corporation's use of proceeds from this stock purchase must be approved by the CEO of KMOS, Inc.

    d. Resolved, that the Board of Directors of KMOS, Inc. hereby authorize the CEO of KMOS, Inc. to enter into an agreement with Inveraray Partners for the purpose of Investment Banking Service.

    e. Resolved, that the Board of Directors of KMOS, Inc. hereby authorizes the CEO of KMOS, Inc. to enter into an agreement with McDermott, Will and Emery for the purpose of general legal and intellectual property protection services.

Dated: December 10, 2004

_____    _____    _____
Pentti Kouri                Garry Hare                  John Gryzmala