EX G                                       Page 1 of 1

## Main Identity

**From:** "Pentti Kouri" <penttikouri@earthlink.net>
**To:** "'Garry Hare'" <garryhare@comcast.net>
**Sent:** Wednesday, June 29, 2005 10:52 AM
**Attach:** amiga summary of all payments for pjkk 6-27-05a.xls
**Subject:** FW: Amiga payments by Itec

Garry : See the enclosed . Itec is owed $863 000 or so , and you are owed two moths salary plus expenses . Itec debt will go up by 1st of july payments .

**From:** JGrzymala@aol.com [mailto:JGrzymala@aol.com]
**Sent:** Wednesday, June 29, 2005 2:36 PM
**To:** penttikouri@earthlink.net
**Subject:** Amiga payments by Itec

| Amiga, Inc Summary of payments by Itec, LLC as of 6/27/05 | |
|---|---|
| Grand total Itec payments to "Old Amiga" and "New Amiga" | 1,863,197.00 |
| | |
| Summary total of Hare payments | 495,788.00 |
| Summary total of McEwen payments | 370,618.00 |
| Summary total of other payments | 996,791.00 |
| Grand total | 1,863,197.00 |
| | |
| Note | |
| Garry Hare is due salary for 5/05 & 6/05 | 57,240.00 |
| Garry Hare is due T&E of | 70,000.00 |
| | 127,240.00 |