01/12/2006  22:43   5104500954                  GISTICS                        PAGE  07

EX. H                                           Page 1 of 1

## Main Identity

**From:** "Garry Hare" <garryhare@comcast.net>
**To:** "Pentti Kouri" <penttikouri@earthlink.net>
**Sent:** Thursday, July 28, 2005 1:24 PM
**Subject:** Re: amiga

call me 415 459 8880

----- Original Message -----
**From:** Pentti Kouri
**To:** garryhare@comcast.net ; 'Bill McEwen'
**Cc:** JGrzymala@aol.com
**Sent:** Thursday, July 28, 2005 1:43 PM
**Subject:** amiga

Gentlemen :

As you know I am preoccupied at the moment and have been for the past two weeks with closing a funding round for Hakia .
I am not pleased that after almost two million dollars of funding from Tapul and Itec , Amiga has not been able to obtain funding from outside investors.
Itec is willing to fund the company a while longer , but will do so on basis of an agreement that gives Itec a much tighter control of the management of the company.
At present we do not really know what the problems have been or are ; whatever they are they need to be addressed . All employees should communicate their views and suggestions .

Amiga has a compelling vision and a technology and product roadmap that has a huge upside potential with proper execution – including execution of a funding strategy .

I will get back to everyone with the short term plan , which will entail paying all employees two months salary next week after closing of Hakia which will release some funds for Itec. Itec will also cover payroll for September . Upon payment of the salaries I look forward to working with everyone to make sure we have long term funding in place in September .

I expect Garry to participate in the short term funding as a major shareholder at least to the extent of his monthly salaries .

Pentti

10/21/2005