01/12/2006  22:43   5104500954           GISTICS               PAGE 08

Ex I

Page 1 of 1

## Main Identity

**From:** "Garry Hare" <garryhare@comcast.net>
**To:** "Pentti Kouri" <penttikouri@earthlink.net>
**Sent:** Sunday, July 31, 2005 10:25 AM
**Subject:** Re: Temporary contact #

This seems important. We should talk as soon as possible.

----- Original Message -----
**From:** Pentti Kouri
**To:** 'Garry Hare'
**Sent:** Sunday, July 31, 2005 11:06 AM
**Subject:** RE: Temporary contact #

Let's talk in a few days

---

**From:** Garry Hare [mailto:garryhare@comcast.net]
**Sent:** Sunday, July 31, 2005 1:47 PM
**To:** Pentti Kouri
**Subject:** Temporary contact #

Pentti -

I've just received UPS confirmation that my replacement phone should arrive on Tuesday. In the meantime you can reach me on my home number 415 459 8880. We should talk as soon as convenient for you.

If, as you said last Thursday, I am the reason Amiga has been unable to secure financing, then simple enough steps can be taken. There are numerous ways to enable you to select a new CEO without compromising my Employment Agreement.

Either let me know a good time to call you or give me a call most anytime. I do have a lunch meeting on Monday to discuss expanding the NHL distribution model to FIFA but I will be available any other time.

Best, Garry

④

August 4, 2005

Dear Pentti –

I've reviewed our exchanges of email since Monday of this week and realize that they create some confusion on exactly what my employment status is with Amiga. I'll write you separately concerning my thoughts on my severance compensation, but want by this message to clear up that status situation.

As you know, Amiga's financial problems have resulted in my not being paid any salary for four months and I now require reimbursement for about eight months of significant expenses, which I've had to incur on the company's business.

This last Monday, I assume in your capacity as Chairman of the Board, you notified me that you want to make a change in management. While that notice stopped short of telling me that my employment was then being terminated, you did instruct me that, effective immediately, I was to have no further discussions with potential investors, investment bankers or strategic partners. As we both know, my responsibility for such negotiations has constituted a significant portion of my job description under my 10/03 Employment Agreement.

Rather than leave in limbo just exactly what my current position is, this message constitutes notice to you (with a copy going to John Gryzmala) that, effective immediately, I am resigning my Amiga employment pursuant to Section 6(c)(i) of the Employment Agreement. That section of the Employment Agreement provides that I may terminate my employ "for Good Reason" if there has been a material failure to compensate me (notwithstanding my request for payment) and/or if there has been a material change in my employment role and/or responsibilities without my consent. Both sets of facts have occurred here, hence this notice of termination. Also effective immediately, I am resigning as a member of the company's Board of Directors.

Pursuant to Section 6(c)(i) of my Employment Agreement, this termination of employment entitles me to the same severance compensation as if my employment had been terminated by Amiga without cause. I will today provide you with a separate letter setting forth my calculations as to such compensation, along with some suggestions for alternate means of compensation which may prove more beneficial for the company.

As we've already agreed, there is no reason why the terms of my departure cannot be handled in a civil and equitable manner, and I want to make this translation as smooth as possible under the circumstances. Please let me know ASAP to whom I should refer any communications addressed to me in my former capacity as the company's CEO. You've earlier asked for copies of any documents I've signed on behalf of the company, but it makes better sense for me simply to provide you -- or whoever you designate -- with all the company files which are now in my possession. I'll do so just as soon as you indicate where they should be sent. I also welcome any suggestions you may have -- and urge that you get them to me promptly -- about how best to explain my resignation to Amiga employees and any third parties. With you permission, I would like to send a nice note to Amiga's employees and contractors informing them of my departure and best wishes.

Best Regards,

Garry Hare