01/12/2006  22:43   5104500954   GISTICS   PAGE  12

Page 1 of 1

**Main Identity**

From: "Pentti Kouri" <penttikouri@earthlink.net>
To: "Garry Hare" <garryhare@comcast.net>
Sent: Thursday, August 04, 2005 2:39 PM
Subject: RE: Employment Agreement Settlement

Garry,

I read your proposal quickly and will try to figure out a workable solution. There is strong sentiment that you should be terminated for cause, and the case is not one you should dismiss slightly. I, however, prefer a quiet settlement if such can be worked out.

Pentti

From: Garry Hare [mailto:garryhare@comcast.net]
Sent: Thursday, August 04, 2005 5:52 PM
To: Pentti Kouri
Subject: Employment Agreement Settlement

Dear Pentti -

You requested I send you my thoughts on the settlement of my Employment Agreement. As you can see, I've attempted to create an option that minimizes the long term impact on the Company.

Best, Garry