# LAW OFFICES
## OF
# EDWARD C. KRAMER, P.C.

**Of Counsel Mintz & Fraade, P.C.**

| | |
|---|---|
| **488 Madison Avenue** | **Tel. (212) 490-1616** |
| **Suite 1100** | **Facsimile (212) 490-2888** |
| **New York, New York 10022** | **eck@lawkram.com** |

April 6, 2006

Honorable Deborah A. Batts
United Stated District Courthouse
Pearl Street
New York, New York 10007

                Re: Amiga v. Hare: Case No. 05CV8986
                (DAB)

Dear Honorable Madam:

    Enclosed, please find an order from JAMS, dated February 14, 2006, in the arbitration entitled Hare v. Amiga - JAMS #46108, which is relevant to the motion and cross-motion currently pending before the Court.

                Respectfully yours,

                Edward C. Kramer

cc: Stephen D. Bird, Esq.