FEB-22-2006 WED 10:02 AM LAW OFFICES    FAX NO. 14153814301    P. 02

RE: Hare v. Amiga – JAMS # 46108

A Conference Call hearing was held on February 14, 2006. Bruce W. Blakely, Esq. appeared for Claimant. Robert H. Bernstein, Esq. appeared for Respondent.

The Arbitrator made the following Orders:

1. Respondent's Motion To Dismiss Arbitration or alternatively to Stay Arbitration was argued and submitted for decision. The Arbitrator finds that the Employment Agreement that is the subject matter of this Arbitration is voidable not void. Accordingly, the Motion is Denied.

2. The Arbitration Hearing is continued from April 3, 2006 to April 24, 2006 and is scheduled for 5 days. Respondent's attorney shall confirm availability of Respondent within 48 hours of this date. If the April 24, 2006 date cannot be confirmed, a Conference Call shall be held on February 21, 2006 at 2:00 p.m. Pacific Time. If the April 24, 2006 date is confirmed, this conference call shall be dropped from the calendar.

3. The JAMS Comprehensive Arbitration Rules & Procedures shall apply to this Arbitration.

4. Respondent shall file and serve an Answer to Claimant's Demand For Arbitration by February 21, 2006.

5. The parties shall exchange the matters described in Rule 17b) and the list of witnesses they intend to call under Rule 20(a) by March 7, 2006.

6. Petitioner is assigned exhibit numbers 1 - 15. Respondent is assigned exhibit numbers 100 - . The parties shall provide separate exhibit binders for the Arbitrator at the Arbitration Hearing.

7. If a party desires a Court Reporter that party shall be responsible for obtaining the Court Reporter and for the cost. THE REPORTER SHALL BE EQUIPPED TO PROVIDE LIVENOTE FOR THE ARBITRATOR'S COMPUTER.

8. A Conference Call to review status of this matter shall be held on March 14, 2006 at 9:30 a.m. Pacific Time.

Dated: February 14, 2006

Demetrios P. Agretelis
Judge of the Superior Court, Retired
Arbitrator