UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

AMIGA, INC.,

                Plaintiff,

      -against-

GARRY HARE,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/06

05 CIVIL 8986 (DAB)

**JUDGMENT**

Defendant having moved to dismiss this action in favor of arbitration, pursuant to the arbitration clause in the Contingent Employment Agreement; plaintiff having cross-moved for the dismissal or stay of the arbitration, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on May 18, 2006, having rendered its Order granting defendants' motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2006, defendants' motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
       May 22, 2006

                                        J. MICHAEL McMAHON
                                            Clerk of Court

            BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____